**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-cr-1326-RSH |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| JESUS HERNANDEZ-TREJO, | |
| Defendant. | |

Upon the motion of the United States, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: May 13, 2026

_Robert S Huie_

_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE